**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 22, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00848-CV

## RICHARD JOSEPH THOLSTRUP, Appellant

## V.

## SHELLI FLORES, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 919558**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed July 1, 2015. On October 19, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.